**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Anthony Lewis Stallworth,

Plaintiff,

v.

Equifax Information Services LLC,

Defendant.

No. CV-26-04690-PHX-JZB

**ORDER**

This matter was assigned to Magistrate Judge John Z. Boyle. (Doc. 4). On July 31, 2026, the Magistrate Judge filed a Report and Recommendation with this Court.[1] (Doc. 7). To date, no objections have been filed. The Magistrate Judge recommends granting Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) because Plaintiff declares under penalty of perjury that he is unable to pay the filing fee

---

[1] This case is assigned to a Magistrate Judge. However, not all parties have consented to the jurisdiction of the Magistrate Judge. Thus, the matter is before this Court pursuant to General Order 21-25, which states in relevant part:

> When a United States Magistrate Judge to whom a civil action has been assigned pursuant to Local Rule 3.7(a)(1) considers dismissal to be appropriate but lacks the jurisdiction to do so under 28 U.S.C. § 636(c)(1) due to incomplete status of election by the parties to consent or not consent to the full authority of the Magistrate Judge,
>
> **IT IS ORDERED** that the Magistrate Judge will prepare a Report and Recommendation for the Chief United States District Judge or designee.
>
> **IT IS FURTHER ORDERED** designating the following District Court Judges to review and, if deemed suitable, to sign the order of dismissal on my behalf:
>
> Phoenix/Prescott: Senior United States District Judge Stephen M. McNamee

and other costs associated with this action. (Id.) The Magistrate Judge also recommends dismissing Plaintiff's complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) because Plaintiff fails to state a claim upon which relief can be granted. (Id.)

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

**DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation. Moreover, Plaintiff has demonstrated that he is unable to pay the fees associated with this action and the Court grants Plaintiff's *in forma pauperis* application under 28 U.S.C. § 1915(a). However, Plaintiff has not stated a claim for relief under 15 U.S.C. §§ 1681e(b), 1681n, and 1681o because Plaintiff fails to state sufficient facts entitling him to relief under each statutory provision, therefore, the Court dismisses Plaintiff's complaint with leave to amend pursuant to 28 U.S.C. § 1915(e)(2)(B).

**CONCLUSION**

Accordingly, for the reasons set forth,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 7).

**IT IS FURTHER ORDERED granting** Plaintiff Anthony Stallworth's application to proceed *in forma pauperis* (Doc. 2) pursuant to 28 U.S.C. § 1915(a).

**IT IS FURTHER ORDERED dismissing** Plaintiff Anthony Stallworth's Complaint (Doc. 1) **without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that Plaintiff may file an amended complaint on or before September 17, 2026. If Plaintiff fails to file an amended complaint in compliance with this order, then this action will be dismissed without further notification to Plaintiff.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action without prejudice if Plaintiff fails to file an amended complaint on or before September 17, 2026.

Dated this 19th day of August, 2026.

Stephen M. McNamee
Senior United States District Judge